IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:12-cr-00074 |
|  | ) | CHIEF JUDGE HAYNES |
| MACON J. DEW, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## UNOPPOSED MOTION FOR CONTINUANCE AND EXTENSION OF DEADLINES

Defendant, by and through counsel, and for good cause shown, respectfully requests that the Court continue the sentencing hearing in this case currently set for Friday, December 14, 2012 at 10:30 a.m. (Doc. No. 21) until **Friday, January 11, 2013 at 10:00 a.m.** and likewise extend the deadline for the submission of memoranda, response and/or reply in order to accommodate the new sentencing date. As grounds for this Motion, Plaintiff states as follows:

1. On October 19, 2012, Defendant, with leave of the Court, filed under seal an Unopposed Motion for Continuance asking this Court to continue the Sentencing Hearing until December 10, 2012. (Doc. Nos. 17-19)

2. On October 22, 2012, the Court granted the motion. (Doc. No. 20.)

3. On November 15, 2012, the Court issued its Order re-setting the sentencing hearing in this action until Friday, December 14, 2012, at 10:30 a.m. (Doc. No. 21.)

4. The undersigned defense counsel has previously been ordered by his Marine Corps Reserve unit to complete annual physical training on that day.

5. The undersigned defense counsel has spoken with counsel for the government, and is authorized to state that the United States does not oppose this motion. For the convenience of the Court and the parties, and in order to avoid any further scheduling conflicts, the parties

1